United States District Court
Southern District of Texas
ENTERED
JUN 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
FILED
JUN 24 1998
Michael N. Milby, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| M/V "PERSISTENCE", ET AL | * |
| VS | * CIVIL ACTION NO. B97 065 |
| AUDIE WRIGHT AGENCY | * |

## MEDIATION ORDER

The Court has determined that this cause of action is appropriate for referral to mediation under Local Rule 22 and refers the case to the following mediator:

    Walter E. Parker
    SULLIVAN, PARKER & COOK
    20911 Turtle Creek Blvd, Ste 1000
    Dallas, TX  75219
    (214) 520-7494

Mediation is a mandatory but non-binding settlement conference in which the parties attempt to resolve their differences with the assistance of a third-party mediator.

Within five business days from the date of this order all counsel must contact the mediator to arrange the details of mediation. If the parties and mediator cannot agree on a date, the mediator will select a date, and the parties shall appear as directed by the mediator. Mediation shall occur no later than 90 days from the date of this Order. All proceedings in a

mediation session are confidential and privileged from discovery. No subpoena, summons, or discovery paper shall be served at or near the location of any mediation session, upon any person entering, leaving or attending any mediation session.

Counsel and the parties shall endeavor in good faith to resolve the case through mediation. Each party who is a natural person must be present during the entire mediation. Each party that is not a natural person must be represented by a principal, partner, officer, or official with authority to negotiate a settlement. If the government or any of its agencies is a party, an agency representative , with authority to settle up to the policy limit of any insurance at issue, shall be present. If one or more insurance companies must be involved in a settlement of the case, a representative from each insurance company with authority to negotiate a settlement shall be present during the mediation.

The mediator and the parties will determine the fee for the mediation. The fee is to be divided and borne equally by the parties unless otherwise agreed or ordered.

All dates in the Rule 16 scheduling order are temporarily suspended. If mediation is unsuccessful, an amended scheduling order will be entered. The submission date of all pending motions will be continued until 20 days after the entry of the memorandum filed by the mediator pursuant to Local Rule 22.K.1.

Within 10 days after the mediation, the mediator will file with the clerk the memorandum required by Local Rule 22.K.1. No information about the mediation, other than that required by Local Rule 22, may be given to the Court by anyone.

DONE at Brownsville, Texas, this **24th** day of **June, 1998.**

                                                        Fidencio G. Garza, Jr.
                                                        United States Magistrate Judge

Ray R. Marchan
EDDINGTON & ASSOCIATES
1926 e. Elizabeth
Brownsville, TX 78520
(956) 546-0333
Attorney for Plaintiffs

J. Wiley George
Craig P. Romero
STRASBURGER & PRICE
1221 McKinney St, Ste 2800
Houston, TX 77010
(713) 951-5600
(713) 951-5660 (Telecopier)
Attorneys for Defendant

ClibPDF - www.fastio.com