*27*

UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

SEP 0 1 1998

| M/V PERSISTENCE, ET AL | § | | Michael N. Milby |
|---|---|---|---|
| | § | | Clerk of Court |
| *versus* | § | CIVIL ACTION | B 97-65 |
| | § | | |
| AUDIE WRIGHT AGENCY | § | | |

## Order Setting Hearing

1.    A hearing will be held before Judge Hilda G. Tagle on:

_September 22_ , 1998

at _____ 10:00 _____ *p*.m.

Courtroom,  Fourth Floor
United States Court House
500 East Tenth Street
Brownsville, Texas  78521.

2.    Each party shall appear by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

3.    The court will decide pending motions, narrow issues, inquire about expected motions, and schedule discovery.  Counsel are to consult among themselves about these matters well in advance.  *See* Fed. R. Civ. P. 16.

Signed on _____September 1_____ , 1998, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

*o.*
*mhrgddl.*

ClibPDF - www.fastio.com