28

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

In the matter of the
M/V Persistence, its owners,
etc.

versus

Audie Wright Agency

§
§
§
§
§
§
§
§

CIVIL ACTION B-97-65

United States District Court
Southern District of Texas
ENTERED

SEP 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

## Final Order of Dismissal

1. The court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice.

2. This court retains jurisdiction to enforce the settlement. *Kokkonen v. Guardian Life Ins. Co. of America*, 114 S.Ct. 1673, 1677 (1994).

Signed *September 30*, 1998, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge