29

United States District Court
Southern District of Texas
ENTERED

OCT 3 0 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| M/V "Persistence", et al. | § | |
| | § | |
| Plaintiffs | § | |
| v. | § | CIVIL ACTION B-97-65 |
| | § | |
| AUDIE WRIGHT AGENCY | § | |
| | § | |
| Defendant | § | |

## AGREED DISMISSAL WITH PREJUDICE OF
## AUDIE WRIGHT AGENCY

IT IS ORDERED that all claims asserted by Plaintiffs against Audie L. Wright, Individually and D/B/A Audie L. Wright Insurance Agency, are dismissed with prejudice.

IT IS FURTHER ORDERED that costs of court with respect to the dismissed claims shall be taxed against the party incurring them.

SIGNED AND ENTERED this 30 day of Oct_____, 1998.

_____
UNITED STATES DISTRICT JUDGE

101042.1/SPH/50583/0245/102798

APPROVED AS TO FORM AND SUBSTANCE:

_____
**RAY R. MARCHAN**
Texas Bar No. 12969050
Eddington & Associates, L.L.P.
1926 E. Elizabeth
Brownsville, Texas 78520
Telephone: (956) 546-0333
Facsimile: (956) 541-0255

**ATTORNEYS FOR PLAINTIFFS**


_____
**CRAIG R ROMERO**
Texas Bar No. 00791566
Strasburger & Price, L.L.P.
1221 McKinney, Suite 2800
Houston, Texas 77010
Telephone: (713) 951-5600
Facsimile: (713) 951-5660

**ATTORNEYS FOR DEFENDANT**